## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LONNIE GENERAL** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civil Action No.: 2:21-cv- 03959** |
| | : | |
| **FIVE BELOW, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lonnie General, and Defendant, Five Below, Inc., hereby file this Stipulation of Dismissal with Prejudice. TheParties request that the Court dismiss the above-captioned lawsuit with prejudice pursuantto Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

**Koller Law LLC**

**BY:** */s/ David M. Koller_____*
David M. Koller, Esquire
2043 Locust Street
Philadelphia, PA 19103
davidk@kollerlawfirm.com
*Attorney for Plaintiff*

**Faegre Drinker Biddle & Reath, LLP**

**BY:** */s/ Brooke Razor_____*
Brooke Razor, Esquire
One Logan Square, Suite 2000
Philadelphia, PA 19103
brooke.razor@faegredrinker.com
*Attorney for Defendant*