UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
267-597-3978

March 1, 2022

**NOTICE OF RULE 16 CANCELLATION:**

RE:    21-3959, GENERAL v. FIVE BELOW, INC.

Counsel,

Please be advised that the Rule 16 hearing scheduled for 3/2/22 at 11:30 AM has been CANCELLED.

s/Joseph B. Walton
_____
Joseph B. Walton
Civil Deputy to Judge Brody

**COPIES SENT VIA ECF**